IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:  Christopher Patrick Adams<br>Brenda Lee Adams<br><br>Debtors | Case No.: 04-44711-drd-13<br><br>In Proceedings Under<br>Chapter 13 |

APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON
BEHALF OF CREDITOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $69.71 into the Court Registry, as provided by 11 U.S.C. Section 347.

| | |
|---|---|
| Dated:  December 18, 2009 | /s/  Richard V. Fink, Trustee<br><br>Richard V. Fink, Trustee<br>818 Grand Blvd., Suite 800<br>Kansas City, MO 64106-1901<br>(816) 842-1031 |
| Ann Thompson, Court Executive<br>Us District Court<br>400 E 9Th St Rm 2710<br>Kansas City, MO  64106 | Check No.:  26479<br><br>Creditor No.:  259181 |

| Case No. | Name | Amount of Payment |
|---|---|---|
| 04-44711-drd-13 | Household Receivable Acquisiti<br>Household Bank Sb Na<br>Po Box 98724<br>Las Vegas, NV  89193 | $69.71 |
| Account:  5440 4550 1504 5258 | | Trustee Record No.:  18 |

**NOTICE OF MOTION**

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order to pay the funds into the Court's registry.**  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

**NOTICE OF SERVICE**

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

/s/ Richard V. Fink, Trustee

JQ      /Motion - Depoist Funds into Court Registry - Creditor